E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Litigation Counsel, Civil Division
MARLA K. LETELLIER, CSBN 234969
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel
Office of Program Litigation, Division 7
   6401 Security Boulevard
   Baltimore, Maryland 21235
   Telephone: (510) 970-4830
   Facsimile: (415) 744-0134
   E-mail: marla.letellier@ssa.gov

Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION—RIVERSIDE

| | |
|---|---|
| GAIL WALLACE,<br><br>     Plaintiff,<br><br>     v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>     Defendant. | CASE NO. 5:24-cv-01090-SSS-SK<br><br>JUDGMENT OF REMAND |

1    The Court having approved the parties' Stipulation to Voluntary Remand

2   Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment

3   ("Stipulation to Remand") lodged concurrently with the Judgment of Remand, IT IS

4   HEREBY ORDERED, ADJUDGED AND DECREED that the above captioned

5   action is remanded to the Commissioner of Social Security for further proceedings

6   consistent with the terms of the Stipulation to Remand.

7

8

9

10   DATED:  October 25, 2024    _____

11                               HON. STEVE KIM
                                 UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JUDGMENT                                    CASE NO. 5:24-CV-01090-SSS-SK