Michelle J. Shvarts (SBN 235300)
DISABILITY ADVOCATES GROUP
18321 Ventura Blvd. Suite 355
Tarzana, CA 91356
TEL/FAX: (800) 935-3170
mshvarts@dagaccess.com
Attorneys for Plaintiff, Gail Wallace

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL WALLACE,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br>　　　　Defendant. | Case No.: 5:24-cv-01090-SK<br><br>[PROPOSED] ORDER FOR AWARD OF EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount **TWO THOUSAND FIVE HUNDRED AND FOURTY FOUR DOLLARS** ($2,544.00) as authorized by <u>28 U.S.C. § 2412(d)</u>, and subject to the terms and conditions of the Stipulation.

DATED:   December 16, 2024

_____
HON. Steve Kim
United States Magistrate Judge